IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2021 NOV -8 PM 4: 17
MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| SHANE AILPORT, JILL AILPORT, AND AILPORT HOLDINGS, LLC, | |
| Plaintiffs, | |
| vs. | Case No. 21-CV-170 |
| DUSTIN AILPORT, LEXIE AILPORT, WATER WAY SOLUTIONS, LLC, JAMES PADDISON, ARIC HOLLOWAY, JR., DUSTIN NEAL, LEVI BUTCHER, JORDAN GREGERSON, GREAT WESTERN PETROLEUM, LLC, GREAT WESTERN OPERATING COMPANY, LLC, AND GARY SHINABARKER, | |
| Defendants. | |

**JUDGMENT**

This matter comes before the Court following the *Order Granting Defendants' Motion to Dismiss in Part and Remanding Remaining Claims to State Court*. (ECF No. 46.) On November 5, 2021, the Court dismissed Count IX, the Civil RICO claim. After dismissing this claim, there was no longer federal question jurisdiction and this Court declined to exercise supplemental jurisdiction over Counts I through VIII. This Court remanded these remaining claims to the Seventh Judicial District, Natrona County, State

of Wyoming. With no more issues, claims, or parties, this Court enters final judgment. It is

ORDERED that: (i) Count IX, the Civil RICO claim, is dismissed; (ii) Counts I through VIII are remanded to the Seventh Judicial District, Natrona County, State of Wyoming; and (iii) final judgment is entered.

Dated this 8th day of November, 2021.

_____
Scott W. Skavdahl
United States District Judge